IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT E. JACKSON                                                    PLAINTIFF

VS.                                                          NO. 5:06CV44KS-JMR

JP MORGAN CHASE & COMPANY                                          DEFENDANT

## JUDGMENT

BE IT REMEMBERED this matter came before the Court upon the *ore tenus* motion of

the parties requesting that the above referenced action be dismissed with prejudice. Having

considered the same, the Court finds that said motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter be and hereby is

dismissed with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 9th day of June, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE

*Agreed To as to From and Content:*

*s/J. Patrick Frascogna, Esq.*
*Attorney for Plain tiff*

*s/Mark H. Tyson, Esq.*
*Attorney for Chase Bank USA, N.A.*
*and JP Morgan Chase & Company*